**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**AMANDA L. BRADLEY**                                                                 **PLAINTIFF**

**vs.**                                                       **CIVIL ACTION NO. 3:14CV252-SA-SAA**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

### ORDER

Plaintiff has filed a *Motion to Dismiss* in this action stating that plaintiff does not wish to proceed with her appeal. Docket #3. Defendant has not been served, and the court finds that no party will be prejudiced by the dismissal. It is therefore

**ORDERED:**

That this action is hereby dismissed without prejudice.

THIS, the 10th day of December, 2014.

                                                                            /s/ Sharion Aycock
                                                                            UNITED STATES DISTRICT JUDGE